IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE:  ASBESTOS LITIGATION: | ) | |
| | ) | |
| FREDERICK SEITZ and MARY LOUISE SEITZ, his wife | ) ) | |
| | ) | |
| Plaintiffs | ) | C.A. No. 08-353 |
| | ) | |
| -vs.- | ) | |
| | ) | |
| ADEL WIGGINS GROUP, et al., | ) | |
| | ) | |
| Defendants. | ) | |

---

**NOTICE OF TAG-ALONG ACTION**

On July 29, 1991, the Judicial Panel on Multidistrict Litigation (the "Panel") entered an order transferring all asbestos cases pending in the federal courts to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407 (the "MDL Transfer Order").  The MDL Transfer Order also applies to "tag-along actions" pending in federal district courts and involving common questions of fact with actions previously transferred under Section 1407.

        ELZUFON AUSTIN REARDON TARLOV &
        MONDELL, P.A.

        /s/ *Penelope B. O'Connell*

        ---

        Penelope B. O'Connell (DE #4898)
        300 Delaware Avenue, Suite 1700
        P.O. Box 1630
        Wilmington, Delaware 19899
        (302) 428-3181

                    Nancy Shane Rappaport (DE #3428)
DLA PIPER US LLP
1650 Market Street, Suite 4900
Philadelphia, PA 19103
(215) 656-3357

Attorneys for Defendant
Northrop Grumman Corporation

Date:  June 23, 2008