# ELZUFON AUSTIN REARDON
# TARLOV & MONDELL, P.A.

ATTORNEYS & COUNSELORS AT LAW

JOHN A. ELZUFON
JEFFREY M. AUSTIN
MARK L. REARDON
EDWARD A. TARLOV
SCOTT R. MONDELL
H. GARRETT BAKER
ROBERT H. RICHTER
COLLEEN D. SHIELDS
JOEL M. DONER
ROGER L. TRUEMPER
SCOTT A. SIMPSON

CHRISTIAN G. MCGARRY
MATTHEW P. DONELSON
DIANE M. ANDREWS
----------------------
BARBARA SNAPP DANBERG
KATE G. SHUMAKER
ANDREA C. RODGERS
PENELOPE B. O'CONNELL
KRISTA REALE SAMIS
ANDREW J. CARMINE
PETER S. MURPHY

300 DELAWARE AVENUE
SUITE 1700, P.O. BOX 1630
WILMINGTON, DELAWARE, 19899-1630
PHONE: 302.428.3181
FACSIMILE: 302.428.3180
INTERNET: WWW.ELZUFON.COM
WRITERS E-MAIL: POCONNELL@ELZUFON.COM

SENIOR COUNSEL:
FRANCIS J. TRZUSKOWSKI
JAMES F. KIPP

June 24, 2008

The Honorable Gregory M. Sleet
United States District Court – District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

>       Re:     *Seitz v. v. Adel Wiggins Group*, Case No. 08-CV-351 – GMS
>               *Seitz v. v. Adel Wiggins Group*, Case No. 08-CV-353 – GMS
>               **REQUEST FOR CONSOLIDATION OF *SEITZ* CASES**

Dear Judge Sleet:

On April 25, 2008, the Complaint in *Seitz v. Adel Wiggins Group, et al.*, an action seeking damages for asbestos-related injuries, was filed in the Superior Court of Delaware, New Castle County, Case No. 08C-04-247 ASB. On June 11, 2008, defendant Bell Helicopter Textron Inc. ("Bell") removed the case to the United States District Court for the District of Delaware, receiving the following designation: Case No. 08-CV-00351. On June 12, 2008, our client, Northrop Grumman Corporation ("Northrop Grumman"), also filed for removal to this Court, receiving a different designation: Case No. 08-CV-00353. Both removals were timely. Simultaneous with the removals, Bell and Northrop Grumman also requested transfer of the case from this Court to the Eastern District of Pennsylvania to become part of the MDL-875.

Although the two removal filings (filed back-to-back) were generated from the same state court action, the United States District Court for the District of Delaware opened two separate matters, apparently not realizing they were the same case. Both cases stem from the same state court action; thus, the two cases involve all the same parties, issues of fact, causes of actions, and damages. Furthermore, both cases have been assigned to Your Honor. We have spoken with counsel for Bell, who agrees that consolidation of the cases seems appropriate. Therefore, for the sake of judicial efficiency, Defendant Northrop Grumman Corporation hereby requests that both cases be consolidated into one.

The Honorable Gregory M. Sleet
June 24, 2008
Page 2

      I am available at the call of the Court to further discuss this matter.

                              Very truly yours,

                              ELZUFON AUSTIN REARDON TARLOV &
                              MONDELL, P.A

                              Penelope B. O'Connell

cc:      All Counsel of Record in *Seitz*