

**CT**
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

July 16, 2008

A. Dale Bowers
Law Office of Joseph J. Rhoades
1225 King Street,
12th Floor,
Wilmington, DE 19801

Re: Frederick Seitz and Mary Louise Seitz, etc., Pltfs. vs. Adel Wiggins Group, et al., Dfts. // To: Curtis-Wright Corporation

Case No. 08-CV-0351 - 08-CV-0353

Dear Mr. Bowers,

We are herewith returning the Waiver, Certificate(s) of Service, Motion and Order, Certification, Proposed Order, Request which we received regarding the above captioned matter.

Curtis-Wright Corporation is not listed on our records or on the records of the State of DE.

Very truly yours,

Jacqueline Witzman
Process Specialist

Log# 513640032

cc: Delaware U.S. District Court
    J. Caleb Boggs Fed. Bldg.,
    Lockbox 18,
    844 N King St., Rm. 4209,
    Wilmington, DE 19801-3570