

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

July 25, 2008

Katharine L. Mayer
McCarter & English, LLP
Renaissance Center,
405 N. King Street, 8th Floor,
Wilmington, DE 19801

Re: Frederick Seitz and Mary Louise Seitz, etc., Pltfs. vs. Adel Wiggins Group, et al., Dfts. // To: Curtis-Wright Corporation

Case No. 08-CV-00351, 08-CV-00353

Dear Ms. Mayer,

We are herewith returning the Motion, Certification, Proposed Order, Certificate of Service which we received regarding the above captioned matter.

Curtis-Wright Corporation is not listed on our records or on the records of the State of DE.

Very truly yours,

Joanne Holmes
Sr. Process Specialist

Log# 513675579

cc: United States District Court
Boggs Fed. Bldg.,
844 King St.,
RM. 6124,
Wilmington, DE 19801