

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 655 7813 fax
www.ctlegalsolutions.com

August 26, 2008

A. Dale Bowers
Law Office of Joseph J. Rhoades
1225 King Street,
12th Floor,
Wilmington, DE 19801

Re: Frederick Seitz and Mary Louise Seitz, etc., Pltfs. vs. Adel Wiggins Group, et al., Dfts. / To: Aerojet General Corporation

Case No. 08-CV-0351, 08-CV-0353

Dear Mr. Bowers,

We are herewith returning the Reply, Exhibit which we received regarding the above captioned matter

Aerojet-General Corporation withdrew to do business in the State of DE on 04/28/1997. When an entity withdraws, the designation of the registered agent is revoked. Service can no longer be taken on behalf of this entity

Very truly yours,

Jacqueline Witzman
Process Specialist

Log# 513787043

cc: Delaware U.S. District Court
    J. Caleb Boggs Fed. Bldg.,
    Lockbox 18,
    844 N King St., Rm. 4209,
    Wilmington, DE 19801-3570