

**Smith Katzenstein Furlow LLP**
*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, Suite 1000
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

September 4, 2008

**By Electronic Filing Only**

The Honorable Gregory M. Sleet
J. Caleb Boggs Federal Building
844 North King Street
Room 4324, Lock Box 19
Wilmington, Delaware 19801

Re:   *Frederick Seitz v. Adel Wiggins Group, et al*
      Case No. 08-cv-0353 GMS

Dear Judge Sleet:

Along with Wilson, Elser, Moskowitz, Edelman & Dicker LLP, we represent Bell Helicopter Textron, Inc. ("Bell") in the above-captioned case and respectfully submit this letter opposing plaintiffs' request for an expedited ruling on the motion to remand.

Bell joins in the arguments put forth by counsel for Northrop Grumman in correspondence to the Court dated September 3, 2008. Bell respectfully requests that this Court deny plaintiffs' request for an expedited ruling.

Sincerely,

Robert K. Beste, III (No. 3931)

rkb@skfdelaware.com

RKB/seh

cc:   Counsel of record (*by electronic filing only*)
      M. Douglas Eisler, Esquire (*by facsimile*)

08164|CORA|10051777.WPD