IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------X
:
IN RE: ASBESTOS LITIGATION:           :    C.A. No. 08-CV-00351 GMS
                                      :    C.A. No. 08-CV-00353 GMS
FREDERICK SEITZ and                   :
MARY LOUISE SEITZ, his wife           :
                                      :
    Plaintiffs,                       :
                                      :
    v.                                :
                                      :
ADEL WIGGINS GROUP, et al.,           :
                                      :
    Defendants.                       :
                                      :
------------------------------X

**AFFIDAVIT OF RECEIPT OF**
**FIRST NOTICE PURSUANT TO 10 DEL C. §3104**

STATE OF DELAWARE    :
                     : SS.
NEW CASTLE COUNTY    :

I, A. Dale Bowers, being duly sworn and deposed state that the following is true and correct to the best of my knowledge, information and belief:

1.  I am the attorney for plaintiffs in the above-captioned matter.

2.  On June 9, 2008, an envelope containing a First Notice prescribed by 10 Del.C. §3104 was mailed by registered mail to defendant Franklin Aircraft Engines, Inc. Attached hereto as Exhibit "A" is the receipt which was given by the United States Post Office at the time of mailing to the person mailing the registered envelope containing the First Notice. Due to non-receipt of the original proof of delivery, on September 5, 2008, upon plaintiffs' request, the post office provided proof of

delivery showing delivery and acceptance by defendant on June 14, 2008 which is also contained in Exhibit "A."

_____
A. DALE BOWERS

SWORN TO AND SUBSCRIBED before me this 5 day of September, 2008

_____
NOTARY PUBLIC

My Commission Expires:_____

STEPHEN T. MORROW, ESQ.
Attorney at Law
State of Delaware
Notarial Officer Pursuant to
29 Del.C. § 4323(a)(3)

**Exhibit "A"**

**Name and Address of Sender**

Joseph Rhoades, Esquire
P.O. Box 874
Wilmington, DE 19899-0874

**Check type of mail or service:**
- [ ] Certified
- [ ] COD
- [ ] Delivery Confirmation
- [ ] Express Mail
- [ ] Insured
- [ ] Recorded Delivery (International)
- [x] Registered
- [ ] Return Receipt for Merchandise
- [ ] Signature Confirmation

(Fred Seitz)

Affix Stamp Here (if issued as a certificate of mailing, or for additional copies of this bill) Postmark and Date of Receipt

| # | Article Number | Addressee (Name, Street, City, State, & ZIP Code) | Postage | Fee | Handling Charge | Actual Value if Registered | Insured Value | Due Sender if COD | DC Fee | SC Fee | SH Fee | RD Fee | RR Fee |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. | RA 311 858 885 US | ADEL WIGGINS GROUP, Attn: Officer/Agent, 5000 Triggs Street, Los Angeles, CA 90022 | 2.36 | 10.00 | | -0- | 0- | | | | | | 2.20 |
| 2. | | | | | | | | | | | | | |
| 3. | RA 311 858 861 US | AIR COOLED MOTORS, Attn: Officer/Agent, 94 Hale Drive, Walterboro, SC 29488 | 2.26 | 10.50 | | -0- | -0- | | | | | | 2.20 |
| 4. | | | | | | | | | | | | | |
| 5. | RA 311 858 875 US | FLETCHAIR, INC., Attn: Officer/Agent, 118 FM 1621, Comfort, TX 78013-3425 | 2.26 | 10.50 | | -0- | -0- | | | | | | 2.20 |
| 6. | | | | | | | | | | | | | |
| 7. | RA 311 858 889 US | FRANKLIN AIRCRAFT ENGINES, INC., Attn: Officer/Agent, 136 Racquette Dr, Ft. Collins, CO 80524 | 2.26 | 10.50 | | -0- | 0 | | | | | | 2.20 |
| 8. | | | | | | | | | | | | | |

Total Number of Pieces Listed by Sender: 4

Total Number of Pieces Received at Post Office: [signature]

Postmaster, Per (Name of receiving employee) [signature]

[Postmark: RODNEY SQ STA WILMINGTON DE 19801 USPS JUN]

PS Form **3877**, February 2002 (Page 1 of 2)    Complete by Typewriter, Ink, or Ball Point Pen    See Privacy Act Statement on Reverse



**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: **RA31 1858 889U S**
Status: **Delivered**

Your item was delivered at 1:42 pm on June 13, 2008 in FORT COLLINS, CO 80521. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )  ( ? )   ( Return to USPS.com Home > )



Track & Confirm

Enter Label/Receipt Number.

( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

**Dale Bowers**

| | |
|---|---|
| **From:** | U.S._Postal_Service_ [U.S._Postal_Service@usps.com] |
| **Sent:** | Friday, September 05, 2008 10:40 AM |
| **To:** | Dale Bowers |
| **Subject:** | U.S. Postal Service Track & Confirm email Restoration - RA31 1858 889U S |

This is a post-only message. Please do not respond.

Dale Bowers has requested that you receive this restoration information for Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal Service.

Label Number: RA31 1858 889U S

Service Type: Registered

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | FORT COLLINS CO 80521 | 06/13/08 1:42pm |
| Notice Left | FORT COLLINS CO 80521 | 06/13/08 9:27am |
| Arrival at Unit | WILMINGTON DE 19801 | 06/09/08 5:36pm |
| Acceptance | WILMINGTON DE 19801 | 06/09/08 5:11pm |

USPS has not verified the validity of any email addresses submitted via its online Track & Confirm tool.

For more information, or if you have additional questions on Track & Confirm services and features, please visit the Frequently Asked Questions (FAQs) section of our Track & Confirm site at http://www.usps.com/shipping/trackandconfirmfaqs.htm

1